MCGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
LIDIA ANGELICA S. HERNANDEZ
Certified Law Student
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-PO-00291-DB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL DATE |
| v. | DATE: March 17, 2020 |
| TABITHA J. KEEFAUVER | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Deborah L. Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on March 17, 2020 at 10:00 a.m.

2. By this stipulation, the parties now jointly move to vacate the status conference. The parties also now jointly move for the Court to set a court trial date for May 4, 2020 at 9:00 a.m.

///
///
///
///
///

STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL DATE

1

IT IS SO STIPULATED.

Dated: March 12, 2020						McGREGOR W. SCOTT
									United States Attorney


									/s/ *Christopher S. Hales*
									CHRISTOPHER S. HALES
									Assistant U.S. Attorney


Dated: March 12, 2020						/s/ *Timothy Zindel*
									Timothy Zindel
									Counsel for Defendant
									[via agreement by email on March 12, 2020]


## FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference is vacated as set forth above, and a court trial is set for May 4, 2020 at 9:00 a.m.

FOUND AND ORDERED.

Dated: March 12, 2020

									_____
									DEBORAH BARNES
									UNITED STATES MAGISTRATE JUDGE